NUMBER
13-02-239-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

_____________________________________     ___________________________

 

ANTONIA MARIE VALLEJO-MORON,                                      Appellant,

 

                                                   v.

 

JUAN J. MORON,                                                                  Appellee.

______________________________________________     __________________

 

                        On
appeal from the 332nd District Court 

                                  of Hidalgo County, Texas

______________________________________     __________________________

 

                                   O
P I N I O N

 

         Before
Chief Justice Valdez and Justices Hinojosa and Yanez

                                       Opinion
Per Curiam

 

Appellant, ANTONIA MARIE VALLEJO-MORON,
attempted to perfect an appeal from a judgment entered by the 332nd
District Court of Hidalgo County, Texas, in cause number C-874-93-F.  Judgment in
this cause was signed on October 16, 2001.  Appellant filed a notice of restricted appeal
on April 15, 2002.   








Upon inspection of the notice of appeal, it appeared that the
notice did not comply with Tex. R. App.
P.  25.1(d)(7)(A).   Notice of this defect was given in
accordance with Tex. R. App. P.
37.1 so that steps could be taken to correct the defect.  To date, appellant has failed to correct the
defect.  Additionally, the filing fee in
this matter has not been paid.  On
September 17, 2002, appellant was given notice in accordance with Tex. R. App. P. 42.3(c) that this cause
was subject to dismissal.  To date, no
response has been received from appellant.

          The
Court, having examined and fully considered the documents on file, appellant=s failure to
comply with the Rules of Appellate Procedure, and appellant=s failure to
respond to this Court=s notice, is of
the opinion that the appeal should be dismissed.  The appeal is hereby DISMISSED.

PER CURIAM

 

Do not publish.

Tex. R. App. P. 47.3.

Opinion
delivered and filed this

the 24th
day of October, 2002.